JOSEPH HELMAN, an Infant, by JOHN HELMAN, His Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — carriers — collision between two cars of defendant railroad — action by passenger to recover for injuries received.*

*Helman* v. *International Ry. Co.*, 214 App. Div. 763, affirmed.

(Argued March 2, 1926; decided April 7, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The injuries were sustained as the result of a collision between two cars of defendant, in one of which plaintiff was riding as a passenger Defendant admitted liability and the only issue tried and submitted to the jury was that of damages.

*Noel S. Symons, John J. K. Caskie* and *Raymond C. Vaughan* for appellant.

*William J. Flynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and CRANE, JJ., on ground of errors in charge.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER J. SALMON, Appellant.

*Crimes — violation of Labor Law — failure to install water closet as directed by State Industrial Commission.*

*People* v. *Salmon*, 206 App. Div. 749, affirmed.

(Submitted March 3, 1926; decided April 7, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1923, which affirmed a judgment of a Court of Special Sessions of the city of New York convicting the defendant of a violation of the Labor Law in that